UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ANITA LAW AND JIM LAW, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| FORD MOTOR COMPANY | ) C.A. 2-03CV*301 ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL

On the date indicated below came on to be considered the Joint Stipulation of Dismissal by and between Plaintiffs, Anita Law and Jim Law, and Defendants, Ford Motor Company, Autoliv ASP, Inc. and Visteon Corporation.

It is, THEREFORE, ORDERED by the Court that pursuant to the settlement of all claims by these Plaintiffs against Ford Motor Company, Autoliv ASP, Inc. and Visteon Corporation, Plaintiffs' claims against Ford Motor Company, Autoliv ASP, Inc. and Visteon Corporation are hereby dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1), with costs taxed against the parties incurring same.

SIGNED: _August 3_, 2004.

_____
UNITED STATES DISTRICT JUDGE

AUS:2169737.1
13486.95807

APPROVED AND AGREED
AS TO FORM AND SUBSTANCE:

JUNEAU & BOLL, P.L.L.C.
15301 Spectrum Drive, Suite 300
Addison, TX 75001
(972) 866-8333
(972) 866-8378 (fax)


By: _____
Jeff R. Ward
State Bar No. 00797624

ATTORNEYS FOR PLAINTIFFS


BROWN, MCCARROLL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701
512-472-5456
512-479-1101 TELECOPIER


By: _____
Ronald D. Wamsted
State Bar No. 20832000

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY

AUS:2169737.1
13486.95807

FULBRIGHT & JAWORSKI
1301 McKinney, Suite 5100
Houston, TX 77010
(713) 651-5246

By: _____ w/ permission
for Reagan M. Brown
State Bar No. 03162200

ATTORNEYS FOR DEFENDANT
VISTEON CORPORATION

BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX 77010
(713) 951-3700
(713) 951-3720 (fax)

By: _____ w/ permission
Jeff Golub
State Bar No. 00793823

ATTORNEYS FOR DEFENDANT
AUTOLIV ASP, INC.

AUS:2169737.1
13486.95807